**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BINSWANGER OF PENNSYLVANIA, INC., | : | No. 146 EAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| TSG REAL ESTATE LLC, | : | |
| | : | |
| Respondent | : | |
| BINSWANGER OF PENNSYLVANIA, INC., | : | No. 147 EAL 2018 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| TSG REAL ESTATE, LLC, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 30th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.